CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 19 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEBORAH LYNN STEVENSON,<br>Petitioner, | Civil Action No. 7:05-cv-00013<br>Crim. No. 1:03-cr-00053 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Report and Recommendation of the United States Magistrate Judge is hereby **ADOPTED** without objection; the motion to dismiss is hereby **GRANTED**; the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DENIED**; and this action is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 19th day of April, 2006.

/s/ James C. Turk
Senior United States District Judge